UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
TRUSTEES OF THE LEATHER GOODS,
HANDBAGS, AND NOVELTY
WORKERS' UNION LOCAL 1 JOINT
RETIREMENT FUND

                      Plaintiffs,

   - against -                      **ORDER ADOPTING REPORT
                                            AND RECOMMENDATION**

                                            19 CV 1722 (RJD) (SMG)

CROSSBAY SEASHELL FISH MARKET, INC.,
XYZ CORPORATIONS (1-10), and JOHN
AND JANE DOES (1-10),
                      Defendants.
----------------------------------------------------------- x

DEARIE, District Judge

      There being no objections to Magistrate Judge Gold's Report & Recommendation from August 30, 2019, ECF No. 13, regarding Plaintiffs' Motion for Default Judgment, the Court adopts without qualification the Report & Recommendation in its entirety and directs entry of judgment in accordance with the Recommendation.

SO ORDERED.
Dated: Brooklyn, New York
        September __, 2019

                                                            s/Raymond J. Dearie
                                                            RAYMOND J. DEARIE
                                                            United States District Judge